1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10 MARISOL TORRES-GARCIA,
individually, and on behalf of all others
11 similarly situated,                                    No. C 17-02810 WHA

12          Plaintiffs,

13   v.                                                  **ORDER SCHEDULING
                                                         PLAINTIFF'S DEPOSITION**
14 J&L COLLECTION SERVICES INC.,                         **AND MOTION FOR**
d/b/a J&L TEAMWORKS,                                     **SUMMARY JUDGMENT**
15

16          Defendant.
                                                    /
17

18          Plaintiff Marisol-Torres Garcia shall appear on **SEPTEMBER 6, 2017 AT 10:00AM**, at a

19 location in this district to be determined by defense counsel, to give deposition testimony.

20 Defense counsel shall give prompt notice of the location. Thereafter, defendant shall file on

21 **SEPTEMBER 21** its motion for summary judgment.

22

23          **IT IS SO ORDERED.**

24

25 Dated: August 24, 2017.
                                                    _____
26                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
27

28