Veronica M. Auilar, SBN 153288
The Law Offices of Veronica M. Aguilar
4231 Balboa Ave. #176
San Diego, California 92117
Telephone: (858) 213-7853
veronica@vaguilarlaw.com

Daniel Zemel, Esq. *(pro hac vice)*
Zemel Law LLC
78 John Miller Way Suite 430
Kearny, NJ 07032
Tel: (862) 227-3106
Email: dz@zemellawllc.com

Attorneys for Plaintiff,
MARISOL TORRES-GARCIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL TORRES-GARCIA, individually and on behalf of all other similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>J&L COLLECTION SERVICES, INC. d/b/a J&L TEAMWORKS,<br><br>Defendant. | **Case No.: 17-cv-02810**<br><br>ORDER<br>~~STIPULATION~~ **OF DISMISSAL** |

COMES NOW Plaintiff Marisol Torres-Garcia, individually, by and through her attorney of record, and J&L Collection Services, Inc. by and through its attorney of record seeking dismissal WITH prejudice of this action as to Plaintiff Marisol Torres-Garcia, individually and WITHOUT prejudice, as to members of the putative class.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Parties request this Court dismiss the action with prejudice.

Dated: September 15, 2017,

/s/ Veronica M. Aguilar
Veronica M. Aguilar, SBN 153288
The Law Offices of Veronica M. Aguilar
4231 Balboa Ave. #176
San Diego, California 92117
Telephone: (858) 213-7853
veronica@vaguilarlaw.com
Attorney for Plaintiff,

/s/Daniel Zemel
Daniel Zemel, Esq. *(pro hac vice)an*
Zemel Law LLC
78 John Miller Way Suite 430
Kearny, NJ 07032
Tel: (862) 227-3106
Email: dz@zemellawllc.com
Attorneys for Plaintiff

/S/Mark E. Ellis
Mark E. Ellis, Esq.
Anthony P.J. Valenti
Ellis Law Group, LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
mellis@ellislawgrp.com
avalenti@ellislawgrp.com
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED, this dismissal is with prejudice only as to plaintiff Marisol Torres-Garcia and is without prejudice to the putative class. ~~this _____ day of September, 2017.~~

January 3, 2018.

_____
IT IS SO ORDERED AS MODIFIED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -